UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEGAN MESSER,
and on behalf of all others
similarly situated,

    Plaintiffs,

v.

ADVANCED BODY CARE PLUS, INC., aka
SKINTUITION, and,
LAUREN HATLEY, individually,
Jointly and Severally,

    Defendants.

Case No. 5:19-cv-10396 JEL-RSW

Honorable: Judith E. Levy
Magistrate R. Steven Whalen

| | |
|---|---|
| TONY PARIS (P71525)<br>JOHN PHILO (P52721)<br>**SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE**<br>Attorneys for Plaintiff<br>4605 Cass Avenue, Second Floor<br>Detroit, MI  48201<br>(313) 993-4505 (Phone)<br>(313) 887-8470 (Facsimile)<br>tparis@sugarlaw.org<br>jphilo@sugarlaw.org | TOVA SHABAN (P38392)<br>DAVID HANSMA (P71056)<br>**SEYBURN KAHN PC**<br>Attorneys for Defendants<br>2000 Town Center<br>Suite 1500<br>Southfield, MI  48075<br>(248) 353-7620 (Phone)<br>(248) 353-3727 (Facsimile)<br>tshaban@seyburn.com<br>dhansma@seyburn.com<br><br>DEAN G. GREENBLATT (P54139)<br>**DEAN G. GREENBLATT, PLC**<br>Attorney for Defendants<br>4190 Telegraph Road, Suite 3500<br>Bloomfield Hills, MI  48302<br>(248) 644-7520 (Phone)<br>(248) 644-8760 (Facsimile)<br>dgg@mnsi.net |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Megan Messer and Defendants Advanced Body Care Plus, Inc/ a/k/a SkinTuition and Lauren Hatley, each by their respective counsel, stipulate to the dismissal of all claims in this matter, with prejudice and without costs.

Respectfully submitted,

/s/Tony Paris (by consent 8-8-19)
Tony Paris (P71525)
John Philo (P52721)
Sugar Law Center for Economic & Social Justice
4605 Cass Avenue, Second Floor
Detroit, MI 48201
(313) 993-4505 (Phone)

*Attorneys for Plaintiff*

/s/ Tova Shaban
Tova Shaban (P38392)
David Hansma (P 71056)
Seyburn Kahn
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MEGAN MESSER,
and on behalf of all others
similarly situated,

    Plaintiffs,

v.

ADVANCED BODY CARE PLUS, INC., aka
SKINTUITION, and,
LAUREN HATLEY, individually,
Jointly and Severally,

    Defendants.

Case No. 5:19-cv-10396 JEL-RSW

Honorable: Judith E. Levy
Magistrate R. Steven Whalen

---

| | |
|---|---|
| TONY PARIS (P71525)<br>JOHN PHILO (P52721)<br>**SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE**<br>Attorneys for Plaintiff<br>4605 Cass Avenue, Second Floor<br>Detroit, MI  48201<br>(313) 993-4505 (Phone)<br>(313) 887-8470 (Facsimile)<br>tparis@sugarlaw.org<br>jphilo@sugarlaw.org | TOVA SHABAN (P38392)<br>DAVID HANSMA (P71056)<br>**SEYBURN KAHN PC**<br>Attorneys for Defendants<br>2000 Town Center<br>Suite 1500<br>Southfield, MI  48075<br>(248) 353-7620 (Phone)<br>(248) 353-3727 (Facsimile)<br>tshaban@seyburn.com<br>dhansma@seyburn.com<br><br>DEAN G. GREENBLATT (P54139)<br>**DEAN G. GREENBLATT, PLC**<br>Attorney for Defendants<br>4190 Telegraph Road, Suite 3500<br>Bloomfield Hills, MI  48302<br>(248) 644-7520 (Phone)<br>(248) 644-8760 (Facsimile)<br>dgg@mnsi.net |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, each by their respective counsel, having submitted their Stipulation of Dismissal, and the Court, being duly advised, now finds that the same should be granted.

**IT IS THEREFORE ORDERED** that all claims in this matter be, and hereby are, dismissed, with prejudice and without costs.

IT IS SO ORDERED.

Dated: August 12, 2019                                          s/Judith E. Levy
                                                                JUDITH E. LEVY
                                                                United States District Judge